WILLIAM W. MUMFORD, as Receiver of GEORGE H. POWELL et al., Respondent, *v.* GEORGE W. CROUCH et al., Appellants.

*Mumford* v. *Crouch*, 8 App. Div. 529, affirmed.
(Argued October 8, 1897; decided October 26, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 1, 1896, which reversed a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term and granted a new trial.

*Horace G. Pierce* for appellants.

*Elbridge L. Adams* for respondent.

Order affirmed, and judgment absolute ordered against the defendants, with costs, on opinion below.
All concur.

---

154 b 737
s 154 761

In the Matter of the Judicial Settlement of the Accounts of CHARLES B. DUNN, as Executor of JOSEPH C. BARNES, Deceased.

FRANCES M. BARNES, Appellant; HERBERT S. BARNES et al., Respondents.

*Matter of Barnes,* 7 App. Div. 13, affirmed.
(Argued October 8, 1897 ; decided October 26, 1897.)

APPEAL from that portion of an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 30, 1896, which modified and, as modified, affirmed a decree of the Surrogate's Court of the city and county of New York rendered upon the accounting by an executor.

*Robert L. Harrison* for appellant.

*Henry B. Anderson* and *Allen W. Johnson* for respondents.

Order appealed from affirmed, with costs in this court to be paid by the appellant; no opinion.
All concur.